In the Matter of the Claim of Megan L. Morris, Respondent. Source Interlink Media, LLC, Appellant; Commissioner of Labor, Respondent.

Submitted January 4, 2016; decided February 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Juvondi Pender, Appellant, v Morris Duffy Alonso Faley, LLP, Respondent.

Submitted January 19, 2016; decided February 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

The People of the State of New York, Respondent, v Andre Harrison, Appellant.

The People of the State of New York, Respondent, v Marino Serrano, Appellant.

Submitted February 16, 2016; decided February 23, 2016

Motion by Immigrant Defense Project for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.